# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| KIRK L. WILLIAMS | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 13-CV-0431-TOR |
| AIRWAY HEIGHTS CORRECTIONS CENTER, | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on motion for Voluntary Dismissal (ECF No. 12).

Date: 03/17/2014

*CLERK OF COURT*

s/ Linda L. Hansen
Deputy Clerk

Signature of Clerk or Deputy Clerk